DOCUMENT 2
Case 1:25-cv-00262-TFM-MU    Doc# 1-1    Filed 06/27/25    Page 1 of 16    PageID# 10
ELECTRONICALLY FILED
5/20/2025 2:45 PM
05-CV-2025-900751.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
BRENDA Q. GANEY, CLERK

"Exhibit A"



## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

| | |
|---|---|
| **GUADELINA VILLARREAL,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   **CASE NO.:  02-CV-2025-** |
| | * |
| **HY CITE ENTERPRISES, LLC; HY CITE CORPORATION; ROYAL PRESTIGE** and Fictitious Defendants A – Z, Fictitious Defendant A, the person, firm, corporation and/or entity who designed, manufactured, sold or otherwise placed into the stream of commerce the product which is the subject matter of this lawsuit; Fictitious Defendant that person, corporation or other legal entity whose negligence, wantonness or other wrongful conduct combined with the other Defendants to cause the injuries to the Plaintiff, all of said Fictitious Defendants are unknown to the Plaintiff at this time, but will be substituted by amendment when ascertained, | *   **PLAINTIFF DEMANDS TRIAL BY JURY** |
| **Defendants.** | * |

## COMPLAINT
## JURISDICTIONAL PREAMBLE

COMES NOW the Plaintiff, Guadelina Villarreal, and in accordance with the *Alabama Rules of Civil Procedure*, files the following claim for relief against the Defendants, HY Cite Enterprises, LLC, HY Cite Corporation, Royal Prestige and Fictitious Defendants, A–Z, and as grounds states as follows:

1. The Plaintiff, Guadelina Villarreal, is over the age of nineteen years and a resident of Baldwin County, Alabama.

2. The Defendant HY Cite Enterprises, LLC is believed to be a business entity located in Madison, Wisconsin and authorized to do business in the State of Alabama and Baldwin County, Alabama with its principal place of business in Madison, Wisconsin.

3. The Defendant HY Cite Corporation is believed to be a business entity located in Madison, Wisconsin and authorized to do business in the State of Alabama and Baldwin County, Alabama with its principal place of business in Madison, Wisconsin.

4. The Defendant Royal Prestige is believed to be a business entity located in Madison, Wisconsin and authorized to do business in the State of Alabama and Baldwin County, Alabama with its principal place of business in Madison, Wisconsin.

5. The Defendants Royal Prestige, HY Cite Enterprises, LLC and HY Cite Corporation were engaged in the business of the manufacturing, sale, development, testing, inspecting, packaging, labeling, advertising, merchandising, and distribution of a certain coffee maker by Royal Prestige known as the Royal Café ("herein the "coffee maker").

6. The Defendants Royal Prestige, HY Cite Enterprises, LLC and HY Cite Corporation distributed the coffee maker for sale to the general public in the State of Alabama for consumer and commercial use.

7. Fictitious Defendants "A" through "I" are those persons, corporations or other legal entities who or which designed, manufactured, advertised, sold or otherwise placed into the stream of commerce any component parts of the coffee maker, which is the subject matter of this lawsuit.

8. Fictitious Defendants "J" through "Z" are those persons, corporations or other legal entities whose negligence, wantonness or other wrongful conduct combined and concurred with the conduct of Defendants herein to cause the injuries of Guadelina Villarreal.

"Exhibit A"

## STATEMENT OF THE FACTS

9. On or about August 12, 2023, Plaintiff Guadelina Villarreal was making coffee using her Royal Prestige coffee maker in accordance with the provided operating instructions when the lid exploded off of the pot spraying extremely hot liquid onto the Plaintiff causing severe burns.

10. As a direct and proximate result of the defective coffee maker Plaintiff sustained severe injuries.

## FIRST CAUSE OF ACTION
## NEGLIGENCE AND WANTONNESS

Plaintiff alleges against the Defendants HY Cite Enterprises, LLC, HY Cite Corporation, Royal Prestige and Fictitious Defendants, A–Z separately and severally as follows:

11. On or about August 12, 2023, Plaintiff Guadelina Villarreal was properly operating her coffee maker and had closed and latched the lid in accordance with the provided operating instructions, when the lid exploded off of the coffee maker spraying extremely hot liquid onto the Plaintiff causing severe burns.

12. The Defendants were negligent and wanton in their failure to properly design, manufacture, engineer, advertise, sell, install, inspect, replace, repair, and/or warn the consumer of the dangers of the coffee maker.

13. The acts or omissions by Defendants regarding the coffee maker occurred in Mobile County, Alabama.

14. As a proximate consequent of the negligence or wantonness as alleged herein, Plaintiff Guadelina Villarreal was severely injured and damaged as alleged in previous paragraphs.

WHEREFORE, Plaintiff demands judgment against HY Cite Enterprises, LLC, HY Cite Corporation, Royal Prestige and Fictitious Defendants, A–Z in such an amount to which she may be entitled under the laws of the State of Alabama plus the cost of this action.

## SECOND CAUSE OF ACTION
### PRODUCTS LIABILITY AEMLD

Plaintiff alleges against the Defendants HY Cite Enterprises, LLC, HY Cite Corporation, Royal Prestige and Fictitious Defendants, A–Z separately and severally as follows:

15. The Plaintiff adopts and re-alleges all prior paragraphs as if fully set out herein.

16. This Count is based upon the Alabama Extended Manufacturer's Liability Doctrine. Defendants HY Cite Enterprises, LLC, HY Cite Corporation, Royal Prestige and Fictitious Defendants A–Z designed, engineered, manufactured, advertised, tested, sold, distributed, or otherwise placed into the stream of commerce, the coffee maker in a defective and unreasonably dangerous condition.

17. At all times, the coffee maker was being used as intended and in a manner reasonably foreseeable to Defendants.

18. The coffee maker was unaltered and in the same design configuration as it was when it was originally placed into the stream of commerce by Defendants.

19. It was foreseeable to Defendants that the coffee maker may likely explode.

20. There were foreseeable alternative designs that would have minimized the risk of injury to person and property.

21. The coffee maker was defective and otherwise unreasonably dangerous.

22. As a proximate consequence of the defects contained in this coffee maker the Plaintiff was severely injured in that she sustained second burns across her chest and arms.

"Exhibit A"

WHEREFORE, the Plaintiff Guadelina Villarreal demands judgment against Defendants HY Cite Enterprises, LLC, HY Cite Corporation, Royal Prestige and Fictitious Defendants, A–Z for compensatory, punitive damages, and such other damages as allowed by the State of Alabama in an amount that is within the jurisdictional limits of this Honorable Court, plus interests and costs.

/s/ GARRETT L. WHITE
GARRETT L. WHITE (WHI174)
Attorney for Plaintiff

OF COUNSEL:

GREENE & PHILLIPS
Attorneys at Law, LLC
51 North Florida Street
Mobile, Alabama  36607
(251) 478-1115

**DEFENDANTS TO BE SERVED VIA PERSONAL SERVICE AS FOLLOWS**:

| | |
|---|---|
| Hy Cite Enterprises, LLC<br>c/o Glenn L. Johnston, RA<br>3252 Pleasant View Road<br>Middleton, WI  53562 | Hy Cite Corporation<br>c/o Glenn Johnston, RA<br>3252 Pleasant View Road<br>Middleton, WI  53562 |

Royal Prestige
c/o Glenn Johnston, RA
3252 Pleasant View Road
Middleton, WI  53562

"Exhibit A"

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 7/2023 | **SUMMONS**<br>- CIVIL - | **Court Case Number**<br>05-CV-2025-900751.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**
**GUADELINA VILLARREAL V. HY CITE ENTERPRISES, LLC ET AL**

**NOTICE TO:** HY CITE ENTERPRISES, LLC, C/O GLENN L. JOHNSTON, RA 3252 PLEASANT VIEW ROAD, MIDDLETON, WI 53562
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), GARRETT LEE WHITE MR.,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 51 N. Florida St., Mobile, AL 36607.
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request below of _____ pursuant to the Alabama Rules of the Civil Procedure.
*[Name(s)]*

05/20/2025                    /s/ BRENDA Q. GANEY                    By: _____
*(Date)*                      *(Signature of Clerk)*                *(Name)*

☐ Certified Mail is hereby requested.    _____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

*Certified Mail*
☐ Return receipt of certified mail received in this office on _____.
*(Date)*

*Personal/Authorized*
☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to _____ in _____ County, Alabama on _____.
*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

Document left:
☐ with above-named Defendant;
☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;
☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*
☐ I certify that service of process of this Summons and the Complaint or other document was refused by _____ in _____ County, Alabama on _____ who is:
*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

☐ the above-named Defendant;
☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*    *(Server's Signature)*    *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*    *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*    *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 7/2023 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>05-CV-2025-900751.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**
**GUADELINA VILLARREAL V. HY CITE ENTERPRISES, LLC ET AL**

**NOTICE TO:** HY CITE CORPORATION, C/O GLENN JOHNSTON, RA 3252 PLEASANT VIEW ROAD, MIDDLETON, WI 53562

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), GARRETT LEE WHITE MR.                                                                                                           ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 51 N. Florida St., Mobile, AL 36607                                                             .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request below of _____ pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 05/20/2025 | /s/ BRENDA Q. GANEY | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.   _____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____ .
*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to _____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*   *(Name of County)*   *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by _____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*   *(Name of County)*   *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 7/2023 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>05-CV-2025-900751.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**
**GUADELINA VILLARREAL V. HY CITE ENTERPRISES, LLC ET AL**

**NOTICE TO:** ROYAL PRESTIGE, C/O GLENN JOHNSTON, RA 3252 PLEASANT VIEW ROAD, MIDDLETON, WI 53562

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), GARRETT LEE WHITE MR.,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 51 N. Florida St., Mobile, AL 36607.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request below of _____ *[Name(s)]* pursuant to the Alabama Rules of the Civil Procedure.

05/20/2025          /s/ BRENDA Q. GANEY          By: _____
*(Date)*          *(Signature of Clerk)*          *(Name)*

☐ Certified Mail is hereby requested. _____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to _____ in _____ County, Alabama on _____.
*(First and Last Name of Person Served)   (Name of County)   (Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by _____ in _____ County, Alabama on _____ who is:
*(First and Last Name of Person Served)   (Name of County)   (Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)          (Server's Signature)          (Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)   (Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)   (Telephone Number of Designated Process Server)*

"Exhibit A"



ELECTRONICALLY FILED
5/20/2025 2:45 PM
05-CV-2025-900751.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
BRENDA Q. GANEY, CLERK

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**

| | | |
|---|---|---|
| **GUADELINA VILLARREAL,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | **CASE NO.: 02-CV-2025-** |
| | * | |
| **HY CITE ENTERPRISES, LLC; HY CITE CORPORATION; ROYAL PRESTIGE** and Fictitious Defendants A – Z, Fictitious Defendant A, the person, firm, corporation and/or entity who designed, manufactured, sold or otherwise placed into the stream of commerce the product which is the subject matter of this lawsuit; Fictitious Defendant that person, corporation or other legal entity whose negligence, wantonness or other wrongful conduct combined with the other Defendants to cause the injuries to the Plaintiff, all of said Fictitious Defendants are unknown to the Plaintiff at this time, but will be substituted by amendment when ascertained, | * | **TO BE SERVED WITH COMPLAINT** |
| | * | |
| **Defendants.** | * | |

**PLAINTIFF'S FIRST INTERROGATORIES &
REQUESTS FOR PRODUCTION TO DEFENDANTS**

COMES NOW the Plaintiff, Guadelina Villarreal, pursuant to Rules 33 and 34 of the *Alabama Rules of Civil Procedure*, and propounds the following First Interrogatories and Requests for Production to Defendants to be answered fully in writing and under oath within forty-five (45) days of the service hereof:

1.     State the name, address, telephone number, business employment, job title, name of direct supervisor, social security number, age, date of birth and driver's license number of the person answering this discovery.

2.  Please state whether the entity is named correctly in the Complaint. If not, please state your correct legal name.

3.  Name and identify, by giving a current or last known address and telephone number, of each person known to you or your attorneys who was a witness to or has any knowledge regarding the incident made the basis of this lawsuit.

4.  Have any agents, representatives, insurance adjusters or other individuals acting on your behalf taken any statements from the Plaintiff, the Plaintiff's family members or any other persons who have any knowledge regarding the incident made the basis of this lawsuit and/or witnesses present at the time or immediately following the incident? If so, please state:

    (a) the name, address and telephone number of each individual from whom a statement was taken;

    (b) the date on which each statement was taken;

    (c) the name of the individual(s) who took each statement;

    (d) whether the statement was written or oral, and

    (e) whether there is any permanent recording of each statement and the identity of the person(s) having possession and/or control of each statement.

5.  Have any agents, representatives, insurance adjusters or other individuals acting on your behalf had any discussions or meetings regarding the subject incident with the Plaintiff, the Plaintiff's family members or any other persons who have any knowledge regarding the subject incident, specifically including but not limited to other persons present at the time of the incident and/or witnesses. If so, for each discussion and/or meeting, please state:

    (a) the date of the discussion or meeting;

    (b) the name(s), address(es) and telephone number(s) of each individual who participated in or was present during the discussion and/or meeting;

 (c) whether or not an audio recording was made of the discussion and/or meeting and, if so, the identity of the person(s) having possession and/or control of such recording, and

 (d) whether or not any notes, memorandum, reports, transcripts or other written documentation exists regarding the discussion and/or meeting and, if so, the identity of the person(s) having possession and/or control of such documentation.

6. Has any investigation or inquiry relating to the incident made the basis of this lawsuit been conducted by you or any agents, representatives, insurance adjusters or other individuals acting on your behalf? If so:

 (a) state the name(s), address(es) and job titles of any and all individuals who participated in this investigation or inquiry;

 (b) state the date or dates on which the investigation or inquiry was conducted, and

 (c) list and describe all reports or other documentation, including photos and/or videos, created as a result of the investigation or inquiry and state the name(s), address(es) and job titles of the individual(s) who prepared the reports or other documentation.

7. Please list all applicable insurance policies, which would provide coverage for the loss made the basis of the Complaint. Include the name of the company who issued the policy, the policy number, and the limits of insurance. Attach a copy of the policy to your Answer to these Interrogatories.

8. Produce for inspection and copying, any and all pictures, videos, recordings, or other media depicting any place, object, or individual pertaining to or relating to the incident made the basis of this case.

9. State in detail the process of purchasing, distributing, and marketing the Royal Café by Royal Prestige coffee maker made the basis of this lawsuit.

10. Within the past five (5) years, has the Defendant received or become aware of any claims against it alleging personal injuries regarding the Royal Café by Royal Prestige coffee maker made the basis of this lawsuit?

11. For each claim mentioned in your Answer to Interrogatory No. 10, state:

    a) the date of the alleged injury;

    b) the date claim was received;

    c) name and address of alleged injured claimants;

    d) name and address of the claimants' attorneys (if any), and

    e) whether the claim resulted in litigation.

12. Please identify all studies and safety testing done to evaluate the safety and efficacy of the Royal Café by Royal Prestige coffee maker.

13. With respect to all witnesses whom you will or may call as experts to give opinion testimony at the trial of this cause, state the following:

    a) name and address of the expert;

    b) the field in which he/she is offered as an expert;

    c) the substance of the facts in which he/she is expected to testify, and

    d) the substance of the opinions to which he/she is expected to testify in the summary for the grounds of each such opinion.

14. Produce for inspection and copying any and all policies and procedures of the Defendant which relate in any way to the incident made the basis of the Complaint.

15. Please state this Defendant's relationship to the other Defendants' in this lawsuit as it pertains to the product/incident made the basis of this Complaint.

16. Please produce any and all contracts, documents, agreements, and/or other tangible things which evidence this Defendant's relationship to the other Defendants' in this Complaint as it pertains to the product/incident made the basis of this lawsuit.

17. Please produce any and all manuals, instructions, warranties, or any other documentation provided by the manufacturer of the Royal Café by Royal Prestige coffee maker which would have been included with the purchase of the coffee maker.

18. Name and identify, by giving the address and telephone number, each and every person who has knowledge relevant to:

    (a) each of the defenses asserted by you in your answer(s) to Plaintiff's Complaint(s), and

    (b) the defenses which you may present at trial.

/s/ GARRETT L. WHITE
GARRETT L. WHITE (WHI174)
Attorney for Plaintiff

OF COUNSEL:

GREENE & PHILLIPS
Attorneys at Law, LLC
51 North Florida Street
Mobile, Alabama 36607
(251) 478-1115

**DEFENDANTS TO BE SERVED VIA PERSONAL SERVICE AS FOLLOWS**:

Hy Cite Enterprises, LLC
c/o Glenn L. Johnston, RA
3252 Pleasant View Road
Middleton, WI 53562

Hy Cite Corporation
c/o Glenn Johnston, RA
3252 Pleasant View Road
Middleton, WI 53562

Royal Prestige
c/o Glenn Johnston, RA
3252 Pleasant View Road
Middleton, WI 53562

DOCUMENT 10
Case 1:25-cv-00262-TFM-MU   Doc# 1-1   Filed 06/27/25   Page 14 of 16   PageID# 25
"Exhibit A"
ELECTRONICALLY FILED
6/3/2025 2:17 PM
05-CV-2025-900751.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
BRENDA Q. GANEY, CLERK

# AFFIDAVIT OF SERVICE

| Case: 05-CV-2025-900751.00 | Court: | County: | Job: 13399074 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Guadelina Villarreal | | **Defendant / Respondent:** Hy Cite Enterprises, LLC, et al. | |
| **Received by:** Dane County Civil Process, LLC | | **For:** Greene & Phillips Injury Lawyers | |
| **To be served upon:** Hy Cite Enterprises, LLC, c/o Glenn L. Johnston, RA | | | |

I, Michael Jesse, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Claudia Carteno, Receptionist, Company: 3252 Pleasant View Road, Middleton, WI 53562

**Manner of Service:** Business, May 29, 2025, 11:50 am CDT

**Documents:** Notice of Electronic Filing (Received May 28, 2025 at 11:30 am CDT), Summons and Complaint, Cover Sheet, Plaintiff's First Set of Written Interrogatories & Requests for Production to Defendants

**Additional Comments:**
1) Successful Attempt: May 29, 2025, 11:50 am CDT at Company: 3252 Pleasant View Road, Middleton, WI 53562 received by Claudia Carteno, Receptionist. Age: 38-43; Ethnicity: Hispanic; Gender: Female; Weight: 140; Height: 5'4"; Hair: Other;
Served on an individual who claimed that they were authorized to accept service.

Fees: $60.00

Michael Jesse      06/02/2025
                   Date

Dane County Civil Process, LLC
345 W Washington Ave Suite 201
Madison, WI 53703
608-849-6420

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

06/02/2025      06/27/2028
Date            Commission Expires



DOCUMENT 8
Case 1:25-cv-00262-TFM-MU   Doc# 1-1   Filed 06/27/25   Page 15 of 16   PageID# 24
"Exhibit A"
ELECTRONICALLY FILED
6/3/2025 2:16 PM
05-CV-2025-900751.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
BRENDA Q. GANEY, CLERK

# AFFIDAVIT OF SERVICE

| Case: 05-CV-2025-900751.00 | Court: | County: | Job: 13399074 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Guadelina VIllarreal | | **Defendant / Respondent:** Hy Cite Enterprises, LLC, et al. | |
| **Received by:** Dane County Civil Process, LLC | | **For:** Greene & Phillips Injury Lawyers | |
| **To be served upon:** Hy Cite Corporation, c/o Glenn L. Johnston, RA | | | |

I, Michael Jesse, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Claudia Carteno, Receptionist, Company: 3252 Pleasant View Road, Middleton, WI 53562

**Manner of Service:** Business, May 29, 2025, 11:50 am CDT

**Documents:** Notice of Electronic Filing (Received May 28, 2025 at 11:30 am CDT), Summons and Complaint, Cover Sheet, Plaintiff's First Set of Written Interrogatories & Requests for Production to Defendants

**Additional Comments:**
1) Successful Attempt: May 29, 2025, 11:50 am CDT at Company: 3252 Pleasant View Road, Middleton, WI 53562 received by Claudia Carteno, Receptionist. Age: 38-43; Ethnicity: Hispanic; Gender: Female; Weight: 140; Height: 5'4"; Hair: Other;
Served on an individual who claimed that they were authorized to accept service.

**Fees:** $60.00

Michael Jesse    06/02/2025
                 Date

Dane County Civil Process, LLC
345 W Washington Ave Suite 201
Madison, WI 53703
608-849-6420

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public
06/02/2025    06/27/2028
Date          Commission Expires



DOCUMENT 6
Case 1:25-cv-00262-TFM-MU   Doc# 1-1   Filed 06/27/25   Page 16 of 16   PageID# 25
"Exhibit A"
ELECTRONICALLY FILED
6/3/2025 2:14 PM
05-CV-2025-900751.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
BRENDA Q. GANEY, CLERK

# AFFIDAVIT OF SERVICE

| Case: 05-CV-2025-900751.00 | Court: | County: | Job: 13399074 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Guadelina Villarreal | | **Defendant / Respondent:** Hy Cite Enterprises, LLC, et al. | |
| **Received by:** Dane County Civil Process, LLC | | **For:** Greene & Phillips Injury Lawyers | |
| **To be served upon:** Royal Prestige, c/o Glenn L. Johnston, RA | | | |

I, Michael Jesse, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Claudia Carteno, Receptionist, Company: 3252 Pleasant View Road, Middleton, WI 53562
**Manner of Service:** Business, May 29, 2025, 11:50 am CDT
**Documents:** Notice of Electronic Filing (Received May 28, 2025 at 11:30 am CDT), Summons and Complaint, Cover Sheet, Plaintiff's First Set of Written Interrogatories & Requests for Production to Defendants

**Additional Comments:**
1) Successful Attempt: May 29, 2025, 11:50 am CDT at Company: 3252 Pleasant View Road, Middleton, WI 53562 received by Claudia Carteno, Receptionist. Age: 38-43; Ethnicity: Hispanic; Gender: Female; Weight: 140; Height: 5'4"; Hair: Other;
Served on an individual who claimed that they were authorized to accept service.

**Fees:** $60.00

Michael Jesse    06/02/2025
                 Date

Dane County Civil Process, LLC
345 W Washington Ave Suite 201
Madison, WI 53703
608-849-6420

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
06/02/2025        06/27/2028
Date              Commission Expires

